## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | October 18, 2019 |
| **TIME:** | 3:00 P.M. |
| **DOCKET NUMBER(S):** | CV-19-3867 (PKC) |
| **NAME OF CASE(S):** | **SURIEL V. PORT AUTHORITY OF NY AND NJ ET AL.** |
| **FOR PLAINTIFF(S):** | Harvis, Fett |
| **FOR DEFENDANT(S):** | Kromm |
| **NEXT CONFERENCE(S):** | **DECEMBER 18, 2019 AT 2:00 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 3:05 - 3:09 |

**RULINGS FROM INITIAL CONFERENCE:**

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 10/23/19;

Completion of Phase I discovery - 12/9/19;

Deadline for motions to join new parties or amend pleadings - 1/3/20;

First requests for production of documents and interrogatories due by - 1/20/20;

All fact discovery to be completed by 5/4/20;

Exchange of expert reports - 6/3/20;

Expert depositions completed by - 7/3/20;

All discovery completed by - 7/3/20;

Final date to take first step in dispositive motion practice - 8/3/20.

An in-person settlement conference will be held on December 18, 2019 at 2:00 p.m. Parties are to submit their respective settlement positions via ex parte electronic filing no later than December 15, 2019. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.