**THE PORT AUTHORITY** OF NY & NJ

**Law Department**

4 World Trade Center
150 Greenwich Street
New York, NY 10007

March 6, 2020

**VIA ECF**
Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N505-North Wing
Brooklyn, NY 11201

      Re:    Francisco Suriel v. Port Authority of New York and New Jersey, et al.
               Docket No.: 19-CV-03867

Dear Judge Tiscione:

This office represents the defendants, The Port Authority of New York and New Jersey (the "Port Authority") and Andrew Samuel ("Officer Samuel") (collectively, "Defendants"), in the above-referenced matter. We write to respectfully request an adjournment sine die of the Settlement Submissions and Settlement Conference, presently scheduled for May 4, 2020, respectfully, as discovery is not yet complete. Absent this discovery, a settlement conference is premature and would not be fruitful. There has been one previous request for an adjournment.

All parties have consented to this request and have agreed that a settlement conference would be more appropriately held after the close of fact discovery, presently scheduled for June 18, 2020. Defendants propose the following dates: June 25, 2020; July 13, 2020; or July 20, 2020.

We thank the Court for your courtesies and attention to this matter.

Respectfully submitted,

By: _____
      Christopher Valletta, Esq.
      Kathleen Gill Miller, Esq.
      (212) 435-3493
      (212) 435-3434

cc:    Gabriel P. Harvis, Esq. (via ECF)