## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | June 25, 2020 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-19-3867 (PKC) |
| **NAME OF CASE(S):** | **SURIEL V PORT AUTHORITY OF NY/NJ, ET AL.** |
| **FOR PLAINTIFF(S):** | Harvis |
| **FOR DEFENDANT(S):** | Miller, Valletta |
| **NEXT CONFERENCE(S):** | **OCTOBER 21, 2020 AT 11:00 A.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 11:00 - 11:10 (AT&T) |

**RULINGS FROM MOTION HEARING:**

For the reasons discussed on the record, the Letter MOTION for Extension of Time to Complete Discovery [30] is granted as follows:

The parties shall complete fact discovery by October 16, 2020;

The parties shall submit settlement positions papers on October 21, 2020;

Settlement conference to be held on October 23, 2020;

The parties shall exchange expert reports by November 2, 2020;

Motion to join parties or amend pleading shall be submitted by November 6, 2020;

First requests for production of documents and interrogatories shall be submitted by November 20, 2020;

Expert depositions completed by November 23, 2020;

All discovery completed by November 23, 2020;

Final date to take first step in dispositive motion practice, December 23, 2020.

An in-person settlement conference will be held on October 21, 2020 at 11:00 a.m. Parties shall file ex parte settlement statements by October 19, 2020 and refer to the Settlement Section of this Court's Individual Rules to further prepare for the conference..