AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Francisco Suriel | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 19 CV 3867 (PKC) (ST) |
| The Port Authority of New York and New Jersey, et al | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: New York City Police Department, Queens Central Booking

*(Name of person to whom this subpoena is directed)*

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | To be completed via video with a link to be provided. The video deposition may be recorded including audio and video and will be before a certified court reporter. | Courtroom No.: |
|---|---|---|
| | | Date and Time: 02/12/2021 10:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

Any and all documents relating to the arrest of Franciso Suriel on August 6, 2018 by Port Authority Police, (D.O.B.: 12/15/67; NYPD Arrest No.: Q18632223; NYSID No.: 12079950Y) including but not limited to documents relating to NYPD custody, transfer into NYPD custody, medical evaluations or assessments, and transfer to court for arraignment.

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/07/2021

*CLERK OF COURT*

OR

_____        /s/ Kathleen Gill Miller
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants Port Authority, et al., who issues or requests this subpoena, are:

Kathleen Gill Miller, 4 World Trade Center, 150 Greenwich Street, 24th Floor, New York, New York 10007, 646-784-5271, kmiller@panynj.gov

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 19 CV 3867 (PKC) (ST)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: