AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Francisco Suriel | ) |
| _Plaintiff_ | ) |
| v. | ) |
| The Port Authority of New York and New Jersey, et al. | ) |
| _Defendant_ | ) |

Civil Action No.   19 CV 3867 (PKC) (ST)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   New York City Health and Hospitals Corporation, Ms. Wanda Roberts, Director of Medical Records, 55 Water Street, 18th Floor, New York, New York 10041

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all documents relating to the medical evaluation and treatment of Franciso Suriel from 11:30pm on Aug. 6, 2018 into Aug. 7 (NYPD Arrest No.: Q18632223; NYSID No.: 12079950Y) including all docs. relating to FDNY EMS custody and medical evaluations or assessments, and medical questionnaires.

| Place: Via email to: kmiller@panynj.gov | Date and Time: |
|---|---|
| | 04/28/2021 10:00 am |

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   04/08/2021

CLERK OF COURT

OR

_____     _____
_Signature of Clerk or Deputy Clerk_     /s/ Kathleen Gill Miller
_Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Defendants
The Port Authority of New York and New Jersey, et al. , who issues or requests this subpoena, are:

Kathleen Gill Miller, 4 World Trade Center, 150 Greenwich Street, 24th Floor, New York, New York 10007, 646-784-5271

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   19 CV 3867 (PKC) (ST)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____.

❑  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: