# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | April 20, 2021 |
| TIME: | 12:30 P.M. |
| DOCKET NUMBER(S): | CV-19-3867 (PKC) |
| NAME OF CASE(S): | Suriel -v- Port Authority NY/NJ et al. |
| FOR PLAINTIFF(S): | Harvis, Fett |
| FOR DEFENDANT(S): | Miller, Valetta |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | AT&T (12:30 - 1:00) |

**RULINGS FROM** Motion Hearing:

Joint MOTION for Discovery [53] is granted in part and denied in part. Defendants may collectively depose Plaintiff for an additional 4 hours. Both sides will produce authorizations for cellular phone records as requested along with any relevant text messages. Plaintiff will produce the contact information for Plaintiff's accountants / tax preparers. Plaintiff will also produce vehicle registration and licenses related to Plaintiff's business. Defendants will submit a subpoena to New York City Health and Hospitals Corporation for the Court to so order with Plaintiff's consent.