# EXHIBIT C

May 12, 2021

Elefterakis, Elefterakis & Panek
Gabriel P. Harvis, Esq.
80 Pine Street, 38th Floor
New York, New York 10005
Service via Email
gharvis@elefterakislaw.com
bfett@elefterakislaw.com

**Re: Francisco Suriel v. Port Authority of New York and New Jersey, et al. (1:19-cv-03867)**

Dear Counselors:

     Pursuant to the Court's April 20, 2021 directive following the conference, please see attached two authorizations for the Port Authority issued cell phone records of Officer Andrew Samuel for August 6th and August 7th, 2018. Because we are not certain that Officer Samuel's signature is sufficient in view of the fact that the cell phone was obtained by the Port Authority although the number was assigned to him, we are providing an authorization signed by Officer Samuel and a separate authorization signed by Port Authority employee Jack Niedermeyer in an abundance of caution. According to our records, Officer Brett Telesford did not have a PortAuthority issued cell phone on August 6, 2018.

Yours, etc.,

Christopher Valletta, Esq.
212-435-3493

**CELLULAR PHONE AUTHORIZATION**

To:  Verizon Security Assistance Team
 ATTN: VSAT VZW Subpoena Team
 180 Washington Valley Road
 Bedminster, New Jersey 07921
 Fax: 888-667-0028

Andrew Samuel, Police Officer with the Port Authority of New York and New Jersey Police Department, owner of Verizon wireless account No. 551-235-0625, authorizes Gabriel Harris, Esq. of the Law Firm Elefterakis, Elefterakis & Panek, 80 Pine Street, 38th Floor, New York, New York 10007, to obtain a copy Verizon cell phone records for this number for the following dates: August 6 and August 7, 2018.

This authorization does not authorize Verizon to discuss my account information and it is expressly limited to the dates set forth herein. This authorization will expire within 6 months of the date this authorization was executed. Any costs imposed by Verizon for obtaining the information authorized for release by this authorization must be borne by the entity receiving the information.

_____
Andrew Samuel

Sworn to before me this 11th
day of May, 2021

_____
Notary Public
Notary ID: 02VA6336679
Expiration: 2/8/24

# CELLULAR PHONE AUTHORIZATION

To: Verizon Security Assistance Team
ATTN: VSAT VZW Subpoena Team
180 Washington Valley Road
Bedminster, New Jersey 07921
Fax: 888-667-0028

Jack Niedermeyer, Corporate Information Security Officer at the Security Operations and Programs Division of the Port Authority of New York and New Jersey, owner of Verizon wireless account No. 551-235-0625, authorizes Gabriel Harvis, Esq. of the Law Firm Elefterakis, Elefterakis & Panek, 80 Pine Street, 38th Floor, New York, New York 10007, to obtain a copy Verizon cell phone records for this number for the following dates: August 6 and August 7, 2018.

This authorization does not authorize Verizon to discuss my account information and it is expressly limited to the dates set forth herein. This authorization will expire within 6 months of the date this authorization was executed. Any costs imposed by Verizon for obtaining the information authorized for release by this authorization must be borne by the entity receiving the information.

*Jack E. Niedermeyer*
Jack E. Niedermeyer

Sworn to before me this 12th
day of May, 2021

_____
Notary Public
Notary ID: 02VA6336679
Expiration: 2/8/24