

March 10, 2022

**VIA ECF**
Honorable Steven Tiscione
United States Magistrate Judge
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201-1832

      Re: Suriel v. The Port Authority of New York and New Jersey, et al.
          1:19 cv 03867 (PKC) (ST)

Dear Judge Tiscione:

    This letter is written in response to the Court's order issued on February 14, 2022. The deposition of Defendants' expert John Monaghan was taken on February 16, 2022 and the deposition of Defendants' expert Dr. Erlanger was taken on March 9, 2022.

                                              Respectfully submitted

                                              Christopher Valletta, Esq.

**VIA ECF**
Elefterakis Elefterakis & Panek
Attention: Gabriel Harvis, Esq. and Baree Fett, Esq.
Attorneys for Plaintiff
80 Pine Street, 38th floor
New York, New York 10038