**ELEFTERAKIS ELEFTERAKIS & PANEK**

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116  F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
JORDAN JODRÉ*
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
STEPHEN KAHN
MATTHEW KRIVITSKY
EVAN M. LA PENNA
DOMINICK MINGIONE
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND

*Also Admitted In New Jersey

August 16, 2018

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
The Port Authority of New York and New Jersey
150 Greenwich St., 23rd Floor, New York, NY 10007
ATTN: Office of the Secretary

*Request to Preserve Evidence*

Re:   Claimant:  Francisco Suriel
      D/A: 08/06/18
      TOA: Around 3:00 PM
      P/A: Terminal 8 for arrival flights of John F. Kennedy International Airport, Queens, New York

Dear Sir/Madam:

On August 06, 2018, our client was involved in an accident at the above-mentioned location.

This letter is to request that you preserve all evidence pertaining to the above referenced accident at the above referenced location, including but not limited to any and all photographs, videos, incident reports, witness statements, or any documentation regarding the investigation of said accident.

**Please preserve all videos/surveillance tapes regarding the accident of the above-named claimant between the hours of 12:00 PM – 6:00 PM, on the above-mentioned date and location.**

Further, I request that any photogra[ph] regarding the investigation of this accident be [...]

If you have any questions concerning th[...]

Thank you for your time and attention t[...]

NE/jr

*[U.S. Postal Service Certified Mail Receipt affixed, handwritten: "F. Suriel", "The Port Authority of NY & NJ"]*

P475

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 70172620000054905901

Remove ✕

Your item has been delivered to an agent at 2:11 pm on August 22, 2018 in NEW YORK, NY 10007.

## Delivered

August 22, 2018 at 2:11 pm
Delivered, To Agent
NEW YORK, NY 10007

Feedback

### Tracking History

**August 22, 2018, 2:11 pm**
Delivered, To Agent
NEW YORK, NY 10007
Your item has been delivered to an agent at 2:11 pm on August 22, 2018 in NEW YORK, NY 10007.

**August 21, 2018**
In Transit to Next Facility

**August 18, 2018, 6:46 pm**
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**August 17, 2018, 7:33 pm**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

### Product Information



P476

Postal Product:                                                   Features: