

July 26, 2022

Via Email: gharvis@elefterakislaw.com

Gabriel Harvis Esq.
Eleferterakis Elefterakis & Panek
80 Pine Street
New York, New York 10005

Re: *Suriel v. The Port Authority of New York & New Jersey et al.*
19 cv 3867 (PKC) (ST)

Dear Mr. Harvis:

As per the order of the Court, attached hereto in support of Defendants' Motion for Partial Summary Judgment are the following documents: Notice of Motion For Partial Summary Judgment; Amended Rule 56.1 Statement; Declaration of Kathleen Gill Miller, dated July 26, 2022 and Exhibits thereto; and Memorandum of Law In Support Of The Motion For Partial Summary Judgment.

Very truly yours,

/s/ Kathleen Gill Miller
Kathleen Gill Miller
Christopher J. Valletta

KGM:kc

cc:  VIA ECF
     Honorable Pamela K. Chen
     United States District Court
     Southern District of New York

4 World Trade Center  I  150 Greenwich Street, 24th Floor  I  New York, NY 10007  I  T: 212-435-3434  I  F: 212-435-3834  I  NAME: kmiller@panynj.gov