

**eeplaw.com**
**80 Pine Street, 38th Floor**
**New York, New York 10005**
**T. 212.532.1116 F. 212.532.1176**

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

September 12, 2022

<u>BY ECF</u>
Kathleen Miller, Esq.
Port Authority of New York and New Jersey
4 World Trade Center
New York, New York 10007

    Re:  *Suriel v. Port Authority, et al.*, 19 CV 3867 (PKC) (ST)

Dear Ms. Miller:

    I represent plaintiff Francisco Suriel in the above-referenced action. I write pursuant to the Court's order of this morning and Rule 3.D of the Court's Individual Practices to confirm that plaintiff electronically served defendants with the following documents on September 9, 2022:

1. Plaintiff's opposition memorandum;
2. Declaration and supporting exhibits; and
3. Loc. Civ. R. 56.1(b) counterstatement.

    Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    Gabriel P. Harvis

cc:    Hon. Pamela K. Chen
        United States District Judge