UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO SURIEL,<br><br>        Plaintiff,<br><br>-against-<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,<br><br>        Defendants. | **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>19 CV 3867 (PKC) (ST) |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Gabriel P. Harvis and exhibits annexed thereto; plaintiff's Local Civil Rule 56.1(a) Statement of Undisputed Facts; and Memorandum of Law, and upon all the prior pleadings and proceedings herein, plaintiff moves this Court, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be selected by the Court, for an order pursuant to Fed. R. Civ. P. 56 granting partial summary judgment to the plaintiff on his claim of evidence fabrication and pursuant to Fed. R. Civ. P. 15 deeming the pleadings amended to include malicious prosecution.

**PLEASE TAKE FURTHER NOTICE** that defendants' opposition is due by September 9, 2022.

Dated:  July 26, 2022
     Briarcliff Manor, New York

                ELEFTERAKIS, ELEFTERAKIS & PANEK

                _____
                Gabriel P. Harvis
                80 Pine Street, 38th Floor
                New York, New York 10005
                (212) 532-1116
                gharvis@eeplaw.com
                *Attorneys for plaintiff*

To:  Defense Counsel (by e-mail)